

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00466-CR

| | | |
|---|---|---|
| ANGEL ARELLANO, Appellant | § | On Appeal from |
| | § | County Criminal Court No. 6 |
| | § | of Tarrant County (1555725) |
| V. | § | August 26, 2019 |
| | § | Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
        Justice Lee Gabriel